IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DEBORAH BUTNER and
GARY LEE BUTNER, her husband,                    PLAINTIFFS,

v.                                               CIVIL ACTION NO. 5:93-0133

MED-SURG GROUP, INCORPORATED,                    DEFENDANT.

### O R D E R

On this date came the parties by their respective counsel and announced to the Court that the claims asserted in this case have been resolved, compromised and settled; and that therefore the parties jointly moved that this action be dismissed with prejudice.

It is, therefore, the ORDER and JUDGMENT of the Court that this action should be and is hereby dismissed with prejudice and stricken from the docket of this Court.

ORDER:

ENTER:

_____
JUDGE

1-24-94

Prepared by:

_____
Kevin B. Burgess

Approved by:

_____
D. Clinton Gallaher IV